BEFORE THE SECOND DIVISION, JUNE 21, 1946

**No. 51203.**—Protests 89195–K, etc., of Selsi Co., Inc. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence conclusively established that the aneroid barometers are similar in all material respects to those the subject of *Selsi Co., Inc.* v. *United States* (15 Cust. Ct. 150, C. D. 962). In accordance therewith the claim at 27½ percent under paragraph 372 was sustained.